MARY KECK, Appellant, v. ANNA DRESSEL and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

GEORGE A. LUDEWIG, Appellant, v. H. MARQUARDT & COMPANY, INC., Respondent.— Order modified as directed in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.; Smith, J., dissenting and voting for reversal.

JOHN F. CONDON, as Executor, etc., of JACOB STINARD, Deceased, Respondent, v. PIETRO GATTI and Another, Appellants.— Order modified by requiring payment of the costs as taxed as a condition of opening the default. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JOHN R. ABNEY, Appellant, v. MORRIS H. ROTHSCHILD, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve amended complaint on payment of said costs and ten dollars costs awarded to defendant by the order appealed from. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ELISE FORBES, Respondent, v. WILLIAM E. DEEKS, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

HARRY A. HARRIS and Another, Copartners, etc., Respondents, v. ALEXANDER PROPPER and Another, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ARCHIE KARPF, Respondent, v. JOSEPH WILDMAN, Appellant.— Order modified by providing that order for examination be limited to an examination of defendant regarding making of the alleged copartnership and statements made by defendant to plaintiff and others acknowledging and admitting the making of it, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

HARRY WEINBERGER, Appellant, v. EDWARD S. SMITH and Others, as Executors, etc., Respondents, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

HANS JOHN HAGEN and Another, Individually and Suing in Behalf of the Copartnership Known as the SOUTH AMERICAN EXPORT COMPANY, Respondents, v. LJUBA JANKOVIC, Individually and Doing Business under the Trade Name of L. JANKOVIC COMPANY, Appellant. (Appeals Nos. 1 and 2.) — Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.